■ VINCENT VITALE, Respondent, v EDWARD J. WUSTER, Appellant.—In an action for specific performance of a contract for the sale of real property, the defendant appeals from an order of the Supreme Court, Suffolk County (McCarthy, J.), dated April 8, 1986, which denied his motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

Summary judgment was properly denied. There are ques-

tions of fact to be determined at a trial. Weinstein, J. P., Rubin, Kooper and Sullivan, JJ., concur.